UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JEREMIAH D. GARNER, as Personal :
Representative of the Estate of ROYAL :
D. GARNER, deceased :
                         :
       Plaintiff              :
                         :   Case No. 1:12-cv-01021-ESH
           v.                 :
                         :
ELITE SERVICE, INC., *et al* :
                         :
       Defendants       :

**PLAINTIFF'S LIST OF EXHIBITS**

| EXHIBIT NUMBER | DESCRIPTION | MARKED FOR ID | RECEIVED TO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 1 | John Gibson Deposition - Photograph 1 | 4/15/13 | 4/15/13 | John Gibson |
| 2 | John Gibson Deposition - Photograph 2 | 4/17/13 | 4/17/13 | |
| 3 | John Gibson Deposition - Photograph 3 | 4/15/13 | 4/15/13 | John Gibson |
| 4 | John Gibson Deposition - Photograph 4 | 4/15/13 | 4/15/13 | John Gibson |
| 5 | John Gibson Deposition - Photograph 5 | 4/15/13 | 4/15/13 | John Gibson |
| 6 | John Gibson Deposition - Photograph 6 | 4/15/13 | | John Gibson |
| 7 | John Gibson Deposition - Photograph 7 | | | |
| 8 | Photograph of Traffic Signal | 4/16/13 | 4/16/13 | Stopper |
| 9 | District of Columbia Commercial Driver's License Manual, Excerpts | | | |
| 10 | Pennsylvania Commercial Driver's License Manual, Excerpts | | | |
| 11 | Interpretations of 49 CFR Part 383 | | | |
| 12 | On Guard – US Department of Transportation | | | |
| 13 | David Stopper Deposition – Google Earth Photo 1 | 4/15/13 | 4/15/13 | |

*Handwritten annotations in left margin:* "Not going in as Exhibits" (bracketing 9–10), "through Exhibits Not coming in" (bracketing 11–12)

| # | Description | | | |
|---|---|---|---|---|
| 14 | David Stopper Deposition – Scanned photo | ~~Withdrawn~~ 4/15/13 | | |
| 15 | David Stopper Deposition – Google Earth Photo 2 | 4/15/13 | 4/15/13 | |
| 16 | David Stopper Deposition – Google Earth Photo 3 | 4/15/13 | 4/15/13 | |
| 17 | Autopsy Photograph #1 | 4/15/13 | 4/15/13 | Sunil Kumar Prasher |
| 18 | Autopsy Photograph #2 | 4/15/13 | 4/15/13 | Sunil Kumar Prasher |
| 19 | Autopsy Photograph #3 | 4/15/13 | 4/15/13 | Sunil Kumar Prasher |
| 20 | Autopsy Photograph #4 | 4/15/13 | 4/15/13 | Dr Sunil Kumar Prasher |
| 21 | Autopsy Photograph #5 | 4/15/13 | 4/15/13 | Dr. Sunil Kumar Prasher / DC Medical Examiner |
| 22 | Funeral Bill | Stipulation Stricken | | |
| 23 | Burial Bill | Stricken | | |
| 24 | High School Photograph of Royal #1 | | | |
| 25 | High School Photograph of Royal #2 | | | |
| 26 | High School Yearbook | | | |
| 27 | School Records | | | |
| 28 | Chapter 22 – Moving Violations | | | |
| 29 | Elite Sign on Vic's Truck | 4/17/13 | 4/17/13 | Cover |

(Stipulate – brace around rows 22 and 23)

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JEREMIAH D. GARNER, as Personal : 
Representative of the Estate of ROYAL :
D. GARNER, deceased :
                                          :
      Plaintiff :
                                          :   Case No. 1:12-cv-01021-ESH
   v. :
                                          :
ELITE SERVICE, INC., *et al* :
                                          :
      Defendants :

## DEFENDANTS' LIST OF EXHIBITS

| EXHIBIT NO. | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| 1. | Google Aerial Photo (wide view) | 4/15/13 | 4/15/13 | Detective Michael Millett | |
| 1A. | Enlargement of Exhibit 1 | 4/15/13 | 4/15/13 | Detective Michael Millett | |
| 2. | Google Aerial Photo (closer view) | 4/16/13 | 4/16/13 | Ofc. Earhardt | |
| 2A. | Enlargement of Exhibit 2 | 4/16/13 | 4/16/13 | | |
| 3. | Google Aerial Photo (McCloskey position) | | | | |
| 4. | MPD Photo 11 (tire mark - close view) | 4/15/13 | 4/15/13 | Detective Michael Millett | |
| 4A. | Enlargement of Exhibit 4 | 4/17/13 | 4/17/13 | | |
| 5. | MPD Photo 12 (tire mark) | 4/15/13 | 4/15/13 | Detective Michael Millett | |
| 6. | MPD Photo 14 (tractor trailer - back) | 4/16/13 | 4/16/13 | Stopper | |
| 7. | MPD Photo 15 (tractor trailer - left side) | 4/17/13 | 4/17/13 | Cipriani | |
| 8. | MPD Photo 16 (tractor trailer - right side) | 4/17/13 | 4/17/13 | Cipriani | |

| EXHIBIT NO. | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| 9. | MPD Photo 17 (tractor trailer - front) | 4/16/13 | 4/16/13 | Mr. Stopper | |
| 10. | MPD Photo 46 (left 5th axle tire - blue) | 4/15/13 | 4/15/13 | Detective Michael Millett | |
| 11. | MPD Photo 47 (left 5th axle tire - blue) | 4/15/13 | 4/15/13 | " | |
| 12. | MPD Photo 48 (left 5th axle tire - blue) | 4/15/13 | 4/15/13 | " | |
| 13. | MPD Photo 49 (tractor trailer - right side, split axles) | | | | |
| 14. | Mobile Crime Photo 24 (Yamaha plus grip - distant) | 4/15/13 | 4/15/13 | Detective Michael Millett | |
| 14A. | Enlargement of Exhibit 14 | 4/17/13 | 4/17/13 | Cipriani | |
| 15. | Mobile Crime Photo 25 (Yamaha scrape mark) | 4/16/13 | 4/16/13 | Stopper | |
| 16. | Mobile Crime Photo 28 (Yamaha scrape mark - closer) | 4/15/13 | 4/15/13 | Detective Michael Millett | |
| 17. | Mobile Crime Photo 29 (Yamaha scrape mark - closest) | 4/15/13 | 4/15/13 | Detective Michael Millett | |
| 17A. | Enlargement of Exhibit 17 | 4/15/13 | 4/15/13 | Cipriani | |
| 18. | Mobile Crime Photo 32 (Yamaha - close) | 4/15/13 | 4/15/13 | Detective Michael Millett | |
| 19. | Mobile Crime Photo 33 (Yamaha - close) | | | | |
| 20. | Mobile Crime Photo 34 (Yamaha - close/reverse angle) | 4/18/13 | 4/18/13 | Cipriani | |
| 21. | Mobile Crime Photo 35 (Yamaha - close/reverse angle - overview) | 4/16/13 | 4/16/13 | Ofc. Earhardt | |

| EXHIBIT NO. | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| 22. | Mobile Crime Photo 52 (tractor trailer - back) | 4/17/13 | 4/17/13 | Cipriani | |
| 23. | Mobile Crime Photo 53 (tractor trailer - left split axles) | | | | |
| 24. | Mobile Crime Photo 71 (tractor trailer - right split axles) | 4/17/13 | 4/17/13 | Cipriani | |
| 25. | Investigator Photo 1 (Truck at delivery site - trailer right side lighting) | 4/17/13 | 4/17/13 | Cipriani | |
| 26. | Investigator Photo 2 (Truck at delivery site - trailer right side stand lighting) | 4/17/13 | 4/17/13 | Cipriani | |
| 27. | Investigator Photo 3 (Truck at delivery site trailer right side middle/rear lighting) | 4/17/13 | 4/17/13 | Cipriani | |
| 28. | Investigator Photo 8 (Truck at delivery site - left side middle lighting) | | | | |
| 29. | Investigator Photo 6 (Truck near scene - back of trailer) | | | | |
| 30. | Investigator Photo 7 (Truck near scene - right side rear oblique view) | 4/16/13 | 4/16/13 | Stopper | |
| 31. | Investigator Photo 4 (Scene - Eckington toward Wendy's) | | | | |
| 32. | Investigator Photo 19 (Scene - Eckington - XM from Florida) | | | | |
| 33. | Investigator Photo 20 (Scene - orange paint marks dirtbike & scrape) | 4/15/13 | 4/15/13 | Detective Michael Millett | |
| 34. | Investigator Photo 23 (Scene - orange paint tire mark distant) | 4/15/13 | 4/15/13 | Detective Michael Millett | |

| EXHIBIT NO. | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| 35. | Investigator Photo 24 (Scene - orange paint tire mark close) | 4/15/13 | 4/15/13 | Detective Michael Millett | |
| 35A. | Investigator Photo 25 (Scene - orange paint tire mark closer) | 4/15/13 | 4/15/13 | Detective Michael Millett | |
| 36. | Investigator Photo 26 (Scene - orange paint tire mark closest) | | | | |
| 36A. | Investigator Photo 27 (Scene - orange paint marks dirtbike & scrape - further out) | 4/18/13 | 4/18/13 | Cipriani | |
| 37. | Investigator Photo 29 (Scene - Eckington crosswalk) | 4/15/13 | 4/15/13 | Detective Michael Millett | |
| 38. | Investigator Photo 30 (Scene - Florida beyond incident) | | | | |
| 39. | Investigator Photo 35 (Scene - Eckington from Florida) | 4/18/13 | 4/18/13 | Cipriani | |
| 40. | A. Cipriani Photo (Bike 1 Speed Analysis) | 4/17/13 | 4/17/13 | Cipriani | |
| 40A. | Enlargement of Exhibit 40 | 4/17/13 | 4/17/13 | Cipriani | |
| 41. | A. Cipriani Road Diagram 1 | | | | |
| 42. | A. Cipriani Road Diagram 2 | | | | |
| 43. | A. Cipriani Road Diagram 3 | | | | |
| 44. | A. Cipriani Road Diagram 4 | | | | |
| 45. | A. Cipriani Diagram (Truck Schematic/Dimensions) | | | | |
| 46. | A. Cipriani Diagram (Scan data points) | | | | |
| 47. | A. Cipriani Video (XM Video excerpt with "on/off" of flashers) | 4/17/13 | 4/17/13 | Cipriani | |

*Subject to Laying Foundation* (bracket covering rows 41-46)

47A  A. Cipriani Video (DVD)  4/18/13 —

| EXHIBIT NO. | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| 48. | A. Cipriani Yamaha Photo 1 (closeup right side) | | | | |
| 49. | A. Cipriani Yamaha Photo 2 (oblique right side) | | | | |
| 50. | A. Cipriani Yamaha Photo 7 (closeup left side) | | | | |
| 51. | A. Cipriani Yamaha Photo 8 (oblique left side) | 4/17/13 | 4/17/13 | Cipriani | |
| 52. | A. Cipriani Yamaha Photo 10 (front) | | | | |
| 53. | A. Cipriani Yamaha Photo 48 (handlebar right side closeup) | 4/17/13 | 4/17/13 | Cipriani | |
| 54. | A. Cipriani Yamaha Photo 98 (handlebar left side) | 4/17/13 | 4/17/13 | Cipriani | |
| 55. | A. Cipriani Yamaha Photo 99 (handlebar right side) | | | | |
| 56. | A. Cipriani Yamaha Photo 269 (footpeg) | 4/17/13 | 4/17/13 | Cipriani | |
| 57. | DOT Video NY/FL Ave. | 4/15/13 | 4/15/13 | openings | |
| 58. | XM Video (Eckington) | 4/15/13 | 4/15/13 | openings | |
| 59. | Earhardt Deposition Exhibit 1 (Fl reverse view - handlebar grip) | | | | |
| 60. | Earhardt Deposition Exhibit 2 (tire mark) | | | | |
| 61. | Earhardt Deposition Exhibit 3 (orange paint) | | | | |
| 62. | Earhardt Deposition Exhibit 4 (orange paint) | | | | |
| 57A | DOT Video (DVD) | 4/18/13 | — | | |
| 58A | XM Video (DVD) | 4/18/13 | — | | |

| EXHIBIT NO. | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT TO JURY (date and time) |
|---|---|---|---|---|---|
| 63. | Earhardt Deposition Exhibit 5 (orange paint) | | | | |
| 64. | Earhardt Deposition Exhibit 6 (tractor tire - poor quality) | | | | |
| 65. | Earhardt Deposition Exhibit 7 (Eckington crosswalk) | | | | |
| 66. | Earhardt Deposition Exhibit 8 (Fl Ave. lane signs) | | | | |
| 67. | Millett Deposition Exhibit 4 (handle bar grip - reverse view) | 4/18/13 | 4/18/13 | Cipriani | |
| 68. | Millett Deposition Exhibit 7 (police data points w/distance) | 4/15/13 | 4/15/13 | Detective Michael Millett | |
| 68A. | MPD Diagram (scene drawing w/measurements) | 4/15/13 | 4/15/13 | Detective Michael Millett | |
| 69. | ME Scene Photo - 11140 (1) (grip) | 4/15/13 | 4/15/13 | Detective Michael Millett | |
| 70. | ME Scene Photo - 11140 (2) (scene-scrape/grip) | 4/15/13 | 4/15/13 | Detective Michael Millett | |
| 71. | ME Scene Photo - 11354 (2) (trailer 5th axle left tire/mud flap/underride bar) | | | | |
| 72. | ME Scene Photo - 11351 (2) (bike & scrape) | | | | |
| 73. | Yamaha Certificate of Origin (2pp) | 4/16/13 | 4/16/13 | Ofc Earhardt | |
| 74. | School Records - Royal Garner | 4/17/13 | 4/17/13 | | |

go as package

75. Camera - John Gibson (witness) (Demonstration only) 4/15/13
ID only