# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FILED**

JEREMIAH D. GARNER

APR 1 9 2013

Plaintiff

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

vs.                                          Case Number:   12-CV-1021 (ESH)

ELITE SERVICE, INC., ET AL

Defendant

## Jury Note

Gwen —
        We have reached a verdict.

_____
4/19/13
DATE

4:43 p.m.
4:33 p.m.
_____
TIME

_____
FOREPERSON