UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEREMIAH D. GARNER, as Personal Representative of the Estate of ROYAL D. GARNER, deceased,          )<br>)<br>)<br>)<br>)<br>Plaintiff,          )<br>v.                                                           )<br>)<br>ELITE SERVICE, INC., *et al.*,          )<br>)<br>Defendants.          )<br>) | Civil No. 12-1021 (ESH)<br><br>FILED<br>APR 19 2013<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

## VERDICT FORM

1. Do you find that plaintiff has proven by a preponderance of the evidence that defendant Victor Dewees was negligent and that his negligence was a proximate cause of Royal Garner's injuries?

    Yes _____          No ___X_____

    If your answer is yes, please proceed to question two (2). If your answer is no, please inform the clerk that you have reached a verdict.

2. Do you find that defendant has proven by a preponderance of the evidence that Royal Garner was negligent and that his negligence was a proximate cause of his injuries?

    Yes _____          No _____

    If your answer is yes, please proceed to question three (3). If your answer is no, please proceed to question four (4).

3. Do you find that plaintiff has proven by a preponderance of the evidence each of the following:

    (a) That Royal Garner was in a position of danger caused by the negligence of both himself and the defendant?

    Yes _____          No _____

   (b) That Royal Garner was unaware of the danger or unable to remove himself from the position of danger?

      Yes _____                No _____

   (c) That defendant Victor Dewees knew, or by the exercise of reasonable care should have known of Royal Garner's danger and obliviousness or inability to remove himself from the danger?

      Yes _____                No _____

   (d) That after these circumstances arose, defendant Victor Dewees could have avoided injuring Royal Garner but failed to do so?

      Yes _____                No _____

If your answer is yes to all four sub-parts 3(a)-(d), please proceed to question four (4). If your answer is no to any of the sub-parts 3(a)-(d), please inform the clerk that you have reached a verdict.

4. In what amount, if any, do you award damages for:

   (a) Economic loss to the estate:

      $_____

   (b) Pain and suffering:

      $_____

*April 19, 2013*
Date                                        FOREPERSON